

The following constitutes the order of the court.
Signed March 16, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Jason Forrestall and<br>Claudia Forrestall,<br>          Debtors. | No. 15-42531<br>Chapter 7 |
| CA Employment Development Dept.,<br>          Plaintiff,<br><br>v.<br><br>Jason Forrestall and<br>Claudia Forrestall,<br>          Defendants. | Adv. Pro. No. 15-04122 |

**MEMORANDUM**

On June 22, 2016, the Court held a hearing in the above-captioned adversary proceeding. At the hearing, Plaintiff indicated that a default judgment would be pursued and a tentative timeline was discussed. Having reviewed the docket, the Court has not seen any activity in this adversary proceeding since the hearing date. Therefore, the Court hereby gives the parties 30-day notice that unless the parties proceed with the administration of this adversary proceeding, the Court shall close the adversary proceeding for lack of prosecution.

**\*END OF MEMORANDUM\***

1

## COURT SERVICE LIST

California Employment Development Department
c/o Marguerite C. Stricklin
P.O. Box 70550
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550

Jason Michael Forrestall
Claudia Forrestall
507 Edgefield St.
Brentwood, CA 94513